395 A.2d 965

Commonwealth v. Clinton, Appellant.

 Argued September 11,
1978. Leonard Tishgart, for appellant; Eric B. Henson,
Assistant District Attorney, with him Edward G. Rendell,
District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.